

June 22, 2005

Magistrate Judge Maria-Elena James
450 Golden Gate Ave.
15th Floor, Courtroom B
San Francisco, CA 94102

**Adam P. Seitz**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.421.5547 Fax
aseitz@shb.com

Re:   *PNI Corporation v. Garmin USA, Inc. et al.*, Case No. 3:04-CV-04248-FMS
      June 10, 2005 Order re: Meet and Confer Session

Dear Magistrate Judge James:

Pursuant to your Honor's June 10, 2005 Order, the parties are scheduled to appear for a meet and confer session on June 24, 2005. The parties now jointly request a rescheduling of this meet and confer session to July 8, 2005, or some other time that is convenient for the Court. In support of this request, the parties state as follows:

On June 14, 2005, the parties submitted their claims to mediation in front of the Honorable Judge Edward Infante. At that time, the case did not settle. The parties, however, have continued settlement discussions and Judge Infante has requested another meeting with the parties to further discuss settlement. This meeting likely will occur Friday, June 24, 2005 or Monday, June 27, 2005.

The parties have not resolved their discovery disputes but wish to continue discussing settlement options before expending the Court's time and resources for a meet and confer session. To this end, the parties respectfully request the Court reschedule the meet and confer session for July 8, 2005 or some other time that is convenient for the Court. This extension will allow the parties to discuss settlement and, if the case does not settle, attempt to resolve their discovery disputes without intervention of the Court.

                        Sincerely,


  /s/ Adam P. Seitz_____              /s/ Don R. Mollick__
Adam P. Seitz                         Don R. Mollick
Erica A Buresh                        Robert W. Payne
B. Trent Webb                         James C. Schroeder
Attorneys for Defendants              Attorneys for Plaintiff

The meet and confer session is continued to July 15, 2005 at 10:00 a.m.



IT IS SO ORDERED
Magistrate Judge Maria-Elena James

Dated: June 22, 2005

Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

1688623v1