

July 14, 2005

**Adam P. Seitz**

Magistrate Judge Maria-Elena James
450 Golden Gate Ave.
15th Floor, Courtroom B
San Francisco, CA 94102

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.421.5547 Fax
aseitz@shb.com

Re:   *PNI Corporation v. Garmin USA, Inc. et al.*, Case No. 3:04-CV-04248-FMS
      June 10, 2005 Order re: Meet and Confer Session

Dear Magistrate Judge James:

Pursuant to your Honor's June 22, 2005 Order, the parties are scheduled to appear for a meet and confer session on July 15, 2005. The parties now jointly request a cancellation of this meet and confer session. In support of this request, the parties state as follows:

Through continuing settlement discussions, the parties have reached an agreement and settled the case in principle. Final drafts of the settlement agreement have been exchanged between the parties and the parties expect the case to be dismissed within the near future. As such, there is no longer a discovery dispute between the parties and no need to conduct the meet and confer session.

                                              Respectfully submitted,


  /s/ Adam P. Seitz                             /s/ Don R. Mollick
Adam P. Seitz                                 Don R. Mollick
Eric A Buresh                                 Robert W. Payne
B. Trent Webb                                 James C. Schroeder
Attorneys for Defendants                      Attorneys for Plaintiff


Dated: July 14, 2005



Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

1707220v1