1  LARIVIERE, GRUBMAN & PAYNE, LLP
   Robert Payne, Esq (State Bar No. 073901)
2  Don Mollick, Esq. (Wa Bar No. 7416) *Admitted Pro Hac Vice*
   James C. Schroeder, Esq. (Wa Bar No. 32149) *Admitted Pro Hac Vice*
3  P.O. Box 3140
   Monterey, CA 93942-3140
4  Telephone: (831) 649-8800

5  Attorneys for Plaintiff
   PNI Corporation
6

**FILED**

JUL 2 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PNI CORPORATION, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GARMIN USA, INC. et al., <br><br> Defendants. | Case No. 3:04-CV 04248-FMS <br><br> **STIPULATION AND ORDER RE DISMISSAL OF ACTION** |

**STIPULATION RE DISMISSAL OF ACTION**

Pursuant to settlement agreement by and between the parties, and for good cause, the parties hereby stipulate that the entire action shall be dismissed with prejudice, each party to bear its own costs of suit.

Dated: July 22, 2005          LARIVIERE, GRUBMAN & PAYNE, LLP


                              By_____/s/_____
                                        Robert W. Payne
                                 Attorneys for Plaintiff PNI Corporation

///

///

STIPULATION AND ORDER RE DISMISSAL
Case No. 3:04-CV 04248-FMS          -1-

1 | Dated: July 21, 2005

SHOOK, HARDY & BACON, L.L.P.

By _____
Adam P. Seitz
Attorney for Defendants
GARMIN USA, INC. et al.

## ORDER RE DISMISSAL OF ACTION

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: July 25, 2005

_____
United States District Judge